# Exhibit 4

# RETAINER



**Invoice Date**
2/25/2025

**Invoice Number**
7576300

| Bill To: | Mr. Eric Meckley Esq.<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>28th Floor<br>San Francisco, CA 94105<br>US |
|---|---|

| **Reference #:** | **1601001991 - Rep# 3** |
|---|---|
| Billing Inquiries: | Nichols, Katie |
| Email: | knichols@jamsadr.com |
| Telephone: | 949-224-4603 |
| Employer ID: | 68-0542699 |

RE: **Liss-Riordan Twitter Cases**              Neutral(s):  **JAMS 1-JAMS**
Representing: **Twitter, Inc.**                 Hearing Type: **ARBITRATION**           ML

| Date / Time | Description | Your Share |
|---|---|---|
| 2/25/25 | **JAMS INC**<br>Non-Refundable Filing Fees 47 cases x $1,600/each | $ 75,200.00 |

|  |  |
|---|---|
| Total Billed: | $ 75,200.00 |
| Total Payment: | $ 0 |
| Balance: | $ 75,200.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

| Standard mail:<br>**P.O. Box 845402**<br>**Los Angeles, CA 90084** | Overnight mail:<br>**18881 Von Karman Ave. Suite 350**<br>**Irvine, CA 92612** |
|---|---|

Printed on 2/25/2025 / **1601001991 - Rep# 3**                    1 of 1

**41**
**Exhibit 4**