# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP.<br><br>PLAINTIFF(S)<br><br>v.<br><br>KYLE BAHR<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−02766−RGK−MBK<br><br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 05/30/2025 | / | 28 | / | OPPOSITION to Amended NOTICE OF MOTION AND MOTION to Compel Arbitration |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
Document contains single spaced text in violation of L.R. 11−3.6. Counsel shall file a corrected motion and related documents within 2 days from the date of this order.

Dated: June 2, 2025         By:  /s/ *R. Gary Klausner*
                                  U.S. District Judge

G−106 (6/12)        ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)