# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP. <br><br> PLAINTIFF(S) <br><br> v. <br><br> KYLE BAHR <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:25−cv−02766−RGK−MBK <br><br><br> **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 5/29/2025 | / | 27 | / | MOTION for Sanctions |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
The motion is STRICKEN for the following reasons: 1) Motion should have been set before District Judge R. Gary Klausner; 2) Hearing date untimely; 3) Motion does not comply with Judge Klausner's Standing Order [10] (Memorandum over 20 pages and over 5,600 words). Counsel shall file, within 1 day from the date of this order, a corrected motion and set the hearing date for 7/28/2025, at 9:00 a.m. before Judge Klausner

Dated: June 11, 2025       By: /s/ *R. Gary Klausner*
                                U.S. District Judge

G−106 (6/12)       ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**