MAX FISCHER (Bar No. 226003)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: (213) 612-2500
Fax: (213) 612-2501
max.fischer@morganlewis.com

ERIC MECKLEY (Bar No. 168181)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
eric.meckley@morganlewis.com

PAUL D. CLEMENT (*pro hac vice*)
C. HARKER RHODES IV (*pro hac vice*)
MITCHELL K. PALLAKI (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com

*Attorneys for Petitioner X Corp.*

Shannon Liss-Riordan, Bar No. 310719
LICHTEN & LISS-RIORDAN, P.C. 729
Boylston Street, Suite 2000
Boston, MA 02116
Tel: +1.617.994.5800
Fax: +1.617.994.5801
sliss@llrlaw.com

*Attorney for Respondents Kyle Bahr, Kevyn Bele-Binda, Yomna Elsayed, Shazia Haq, Farah Mynaf, Frank Rodriguez, and Oleg Trofimov*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| X CORP.,<br><br>Petitioner,<br><br>v.<br><br>KYLE BAHR; KEVYN BELE-BINDA; YOMNA ELSAYED; SHAZIA HAQ; FARAH MYNAF; FRANK RODRIGUEZ; OLEG TROFIMOV,<br><br>Respondents. | Case No. 2:25-cv-02766-RGK-KES<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR RESPONDENTS' MOTION FOR SANCTIONS**<br><br>Judge: Honorable R. Gary Klausner<br>Courtroom: 850<br>Date: July 28, 2025<br>Time: 9:00 a.m. |

STIPULATION REGARDING BRIEFING SCHEDULE FOR RESPONDENTS' MOTION FOR SANCTIONS

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7-1, Petitioner X Corp. and Respondents Kyle Bahr, Kevyn Bele-Binda, Yomna Elsayed, Shazia Haq, Farah Mynaf, Frank Rodriguez, and Oleg Trofimov (collectively Respondents), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on March 28, 2025, Petitioner initiated this action by filing a Petition to Compel Arbitration (ECF No. 1);

WHEREAS, on May 1, 2025, Petitioner filed a Motion to Compel Arbitration (ECF No. 22), and noticed the motion for a hearing on June 2, 2025, at 9:00 am;

WHEREAS, on May 16, 2025, pursuant to the parties' stipulation regarding the briefing schedule on Petitioner's Motion to Compel (ECF No. 24), this Court continued the hearing date on Petitioner's Motion to Compel Arbitration to July 28, 2025, at 9:00 am (ECF No. 25);

WHEREAS, on May 29, 2025, Respondents filed a Motion for Sanctions (ECF No. 27), and, pursuant to this Court's Order dated June 11, 2025, (ECF No. 31), Respondents filed an Amended Motion for Sanctions on June 12, 2025, and noticed the motion for a hearing on July 28, 2025, at 9:00 am (ECF No. 32);

WHEREAS, pursuant to Local Rule 7-9, Petitioner's response in opposition to the Motion for Sanctions is due Monday, July 7, 2025, and any replies in support of the Motion for Sanctions by Respondents are due by Monday, July 14, 2025;

WHEREAS, the parties have agreed that a briefing schedule departing from that set forth in Local Rule 7-9 would further promote the orderly and efficient

STIPULATION REGARDING BRIEFING SCHEDULE FOR RESPONDENTS'
MOTION FOR SANCTIONS - 1

disposition of the Motion for Sanctions, and the parties have agreed to the following briefing schedule: Petitioner's deadline to file its response in opposition to the Motion for Sanctions will be June 26, 2025, Respondents' deadline to file any reply in support of the Motion for Sanctions will be July 17, 2025, and the hearing on Respondents' Motion for Sanctions shall remain scheduled for July 28, 2025, at 9:00 am;

NOW, THEREFORE, good cause supports the parties' stipulation to adopt the following proposed briefing schedule, subject to the Court's approval:

Petitioner's deadline to file its response in opposition to the Motion for Sanctions will be June 26, 2025, Respondents' deadline to file any reply in support of the Motion for Sanctions will be July 17, 2025, and the hearing on Respondents' Motion for Sanctions shall remain scheduled for July 28, 2025, at 9:00 am.

1 | **IT IS SO STIPULATED**.

3 | Respectfully submitted,

5 | Dated: June 18, 2025

By: s/Paul D. Clement
PAUL D. CLEMENT* (*pro hac vice*)
C. HARKER RHODES IV (*pro hac vice*)
MITCHELL K. PALLAKI (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com
harker.rhodes@clementmurphy.com
mitchell.pallaki@clementmurphy.com

MAX FISCHER (Bar No. 226003)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel.: (213) 612-2500
Fax: (213) 612-2501
max.fischer@morganlewis.com

ERIC MECKLEY (Bar No. 168181)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
eric.meckley@morganlewis.com

*Attorneys for Petitioner X Corp.*

STIPULATION REGARDING BRIEFING SCHEDULE FOR RESPONDENTS' MOTION FOR SANCTIONS - 3

Dated: June 18, 2025

By: s/Shannon Liss-Riordan
SHANNON LISS-RIORDAN (Bar No. 310719)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com

*Counsel for Respondents*

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.