Max Fischer (Bar No. 226003)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel.: (213) 612-2500
Fax: (213) 612-2501
max.fischer@morganlewis.com

Paul D. Clement (*pro hac vice*)
C. Harker Rhodes IV (*pro hac vice*)
Mitchell K. Pallaki (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com

Eric Meckley (Bar No. 168181)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
eric.meckley@morganlewis.com

*Attorneys for Petitioner X Corp.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| X CORP.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Kyle Bahr; Kevyn Bele-Binda; Yomna Elsayed; Shazia Haq; Farah Mynaf; Frank Rodriguez; Oleg Trofimov,<br><br>　　　　*Respondents*. | Case No. 2:25-cv-02766-RGK-KES<br><br>**PETITIONER X CORP.'S NOTICE OF ERRATA RE [36] OPPOSITION TO RESPONDENTS' MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11, 28 U.S.C. §1927, AND THE INHERENT POWER OF THE COURT**<br><br>Judge: Honorable R. Gary Klausner<br>Courtroom: 850<br>Date: July 28, 2025<br>Time: 9:00 a.m. |

PETITIONER X CORP.'S NOTICE OF ERRATA

# NOTICE OF ERRATA

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Petitioner X Corp. ("X") respectfully submits this Notice of Errata to correct two clerical errors misstating the amount of time between specific events occurring in this case that are contained in X's Opposition to Respondents' Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11, 28 U.S.C. §1927, and the Inherent Power of the Court (ECF No. 36), which was filed with this Court on June 26, 2025.

In X's Opposition in footnote 5 found on page 15 of the memorandum of points and authorities (Page ID#887), X inadvertently described the February 2025 JAMS invoices as having been issued "less than three months" prior to the filing of X's Opposition, when in fact the invoices were issued approximately four months prior to the Opposition's filing. Accordingly, the language <(less than three months ago)> should be replaced with <(approximately four months ago)> to accurately describe the length of time between those two dates.

In addition, in X's Opposition in footnote 5 found on page 15 of the memorandum of points and authorities (Page ID#887), X inadvertently stated that its Motion to Compel (ECF No. 22) was filed one "week" after its Petition to Compel (ECF No. 1), when the Motion was in fact filed one month after the Petition, as this case's docket reflects. Accordingly, the word "week" in the sentence in footnote 5 that states that <When Respondents informed X that they would not, X

promptly filed the present petition to compel arbitration three days later, and filed its motion to compel arbitration just one week after that.> should be replaced with the word "month" to accurately describe the length of time between when X's Petition to Compel and its Motion to Compel were filed.

PETITIONER X CORP.'S NOTICE OF ERRATA - 2

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT (*pro hac vice*)
C. HARKER RHODES IV (*pro hac vice*)
MITCHELL K. PALLAKI (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com
harker.rhodes@clementmurphy.com
mitchell.pallaki@clementmurphy.com

MAX FISCHER (Bar No. 226003)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel.: (213) 612-2500
Fax: (213) 612-2501
max.fischer@morganlewis.com

ERIC MECKLEY (Bar No. 168181)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
eric.meckley@morganlewis.com

*Attorneys for Petitioner X Corp.*

July 7, 2025

PETITIONER X CORP.'S NOTICE OF ERRATA - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on 7th of July, 2025, a true and accurate copy of the foregoing document was filed via this Court's CM/ECF system, which serves a copy on all parties of record.

Dated: July 7, 2025                                  s/Paul D. Clement
                                                                Paul D. Clement

PETITIONER X CORP.'S NOTICE OF ERRATA - 4