**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**AMENDED**

**JS6**

**CIVIL MINUTES - REOPENING/CLOSING**

Case No.  2:25-cv-02766-RGK-MBK                                Date  August 5, 2025

Title:  ~~2:25-cv-02766-RGK-MBK~~   **X Corp. v. Kyle Bahr et al**

Present: The Honorable  R. Gary Klausner

|   J. Remigio   |   Not Reported   |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Not Present                                                          Not Present

Proceedings:   ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated  7/31/2025 [41]  .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .


Initials of Preparer   JRE/sf